# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2009

137254

JOYCE CALLAWAY,
    Plaintiff-Appellant,

v

GENERAL MOTORS CORPORATION,
    Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137254
COA: 283320
WCAC: 06-000267

  On order of the Court, the application for leave to appeal the July 29, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

  KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2009

Clerk

0128